IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| BRASSCORP, D/B/A CLIPLIGHT MANUFACTURING COMPANY | § § § | **PLAINTIFF** |
| v. | § § | **CAUSE NO. 1:02CV84** |
| HIGHSIDE CHEMICALS, INC. | § § | **DEFENDANT** |

### FINAL JUDGMENT

This action came on for trial on Monday, July 23, 2007 and continuing until Thursday, August 2, 2007 before the Court and a jury, Honorable Louis Guirola, Jr., United States District Judge, presiding, and the issues having been duly tried and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

1(A): Has Plaintiff Cliplight Manufacturing Company proven each element of its claim for breach of express warranty against Defendant Highside Chemicals, Inc. by a preponderance of the evidence?

Answer "yes" or "no": NO

1(B): Has Plaintiff Cliplight Manufacturing Company proven each element of its claim for breach of implied warranty of fitness for a particular purpose against Defendant Highside Chemicals, Inc. by a preponderance of the evidence?

Answer "yes" or "no": NO

<u>1(C)</u>: Has Plaintiff Cliplight Manufacturing Company proven each element of its claim for negligent misrepresentation against Defendant Highside Chemicals, Inc. by a preponderance of the evidence?

Answer "yes" or "no": <u>NO</u>

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the Plaintiff, Brasscorp, d/b/a Cliplight Manufacturing Company, shall recover nothing of the Defendant, Highside Chemicals, Inc.

**SO ORDERED AND ADJUDGED**, this the 2nd day of August 2007.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE